AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
EDWARD GEORGE, JR.

_____
Defendant

)
)
)
)
)
)

Case: 1:21-cr-00378
Assigned To : Judge Timothy J. Kelly
Assign. Date : 7/7/2021
Description: SUPERSEDING INDICTMENT (B)
Related Case: 21-cr-378(TJK)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  EDWARD GEORGE,JR.                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding, Aiding and Abetting); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(B) (Entering and Remaining in the Gallery of Congress); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building);18 U.S.C. § 231(a)(3) (Civil Disorder); 18 U.S.C. § 111(a)(1) (Assaulting, Resisting Certain Officers);18 U.S.C. §§ 641, 2 (Theft of Government Property, Aiding and Abetting)

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK
'Laurence Pierre-Louis
Digitally signed by Laurence Pierre-Louis
Date:2021.07.08 13:01:10 -04'00'

G. Michael Harvey
2021.07.07 18:10:17 -04'00'

Date:   07/07/2021

*Issuing officer's signature*

City and state:     Washington D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 07/07/2021 , and the person was arrested on *(date)* 07/15/2021 at *(city and state)* Fayetteville, North Carolina . |
| Date: 07/15/2021 |

*Arresting officer's signature*

Lynne M. Gralewski-Allee / FBI TFO
*Printed name and title*