

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 16, 2021

Michael E. Lawlor
Nicholas George Madiou
Brennan, McKenna & Lawlor, Chartered
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
<u>Email</u>: mlawlor@verizon.net; nickmadiou@gmail.com


      Re:    *United States v. Edward George*
                  Case No. 21-CR-378 (TJK)

Dear Counsel:

      I have uploaded to your account in USAFx the following discovery: all of the files listed on the attached index (Exhibit A).  ***All files uploaded to USAFx will automatically be deleted after 60 days per the automatic retention policy in place.  Please download the files before then.*** This material is subject to the terms of the Protective Order issued in this case.

      Note that all these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, the same files will be re-produced with bates-stamps at a later date. Nevertheless, we wanted to provide you what we can now as we wait for this processing to be finalized.

      You will notice that some of the files being produced refer to physical attachments that were burned to a disk. If the physical attachments were too large to send via USAFx, they will instead be provided with the formal discovery round after being processed. This includes the full copy of your client's cellphone.

      The following materials are designated as SENSITIVE under the protective order in this case:

      266T-TP-3409274_0000006_1A0000004_0000001.pdf
      266T-TP-3409274_0000006_1A0000004_0000002.pdf

266T-TP-3409274_0000008_1A0000007_0000006.pdf

The following materials are designated as HIGHLY SENSITIVE under the protective order in this case:

266T-TP-3409274_0000002.pdf
266T-TP-3409274_0000003.pdf
266T-TP-3409274_0000022.pdf
266T-TP-3409274_0000022_1A0000017_0000001.pdf
266T-TP-3409274_0000023.pdf
266T-TP-3409274_0000023_1A0000018_0000001.png
266T-TP-3409274_0000023_1A0000018_0000002.png
266T-TP-3409274_0000026_1A0000021_0000001.pdf
266T-TP-3409274_0000026_1A0000021_0000003.pdf

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

                            Sincerely,

                            Nadia Moore
                            Christopher Veatch
                            William Dreher
                            Assistant United States Attorneys

Enclosure(s)

**Exhibit A:**

266T-TP-3409274_0000017.pdf
266T-TP-3409274_0000017_1A0000005_0000001.mp4
266T-TP-3409274_0000001.pdf
266T-TP-3409274_0000002.pdf
266T-TP-3409274_0000003.pdf
266T-TP-3409274_0000003_1A0000001_0000001.docx
266T-TP-3409274_0000004.pdf
266T-TP-3409274_0000004_1A0000002_0000001.PNG
266T-TP-3409274_0000004_1A0000002_0000002_PHYSICAL.pdf
266T-TP-3409274_0000005.pdf
266T-TP-3409274_0000005_1A0000003_0000001.png
266T-TP-3409274_0000005_1A0000003_0000002.png
266T-TP-3409274_0000006.pdf
266T-TP-3409274_0000006_1A0000004_0000001.pdf
266T-TP-3409274_0000006_1A0000004_0000002.pdf
266T-TP-3409274_0000008_1A0000007_0000006.pdf
266T-TP-3409274_0000008_1A0000007_0000013.csv
266T-TP-3409274_0000009.pdf
266T-TP-3409274_0000009_1A0000008_0000001.html
266T-TP-3409274_0000010.pdf
266T-TP-3409274_0000010_1A0000009_0000001.png
266T-TP-3409274_0000010_1A0000009_0000002.PNG
266T-TP-3409274_0000010_1A0000009_0000003.png
266T-TP-3409274_0000010_1A0000009_0000004.PNG
266T-TP-3409274_0000011.pdf
266T-TP-3409274_0000011_1A0000010_0000001.png
266T-TP-3409274_0000011_1A0000010_0000002.png
266T-TP-3409274_0000011_1A0000010_0000003.png
266T-TP-3409274_0000011_1A0000010_0000004.png
266T-TP-3409274_0000012.pdf
266T-TP-3409274_0000012_1A0000011_0000001.jpg
266T-TP-3409274_0000012_1A0000011_0000002.jpg
266T-TP-3409274_0000012_1A0000011_0000003.jpg
266T-TP-3409274_0000012_1A0000011_0000004.jpg
266T-TP-3409274_0000012_1A0000011_0000005.jpg
266T-TP-3409274_0000012_1A0000011_0000006.jpg
266T-TP-3409274_0000012_1A0000011_0000007.jpg
266T-TP-3409274_0000012_1A0000011_0000008.jpg
266T-TP-3409274_0000012_1A0000011_0000009.jpg
266T-TP-3409274_0000012_1A0000011_0000010.jpg
266T-TP-3409274_0000012_1A0000011_0000011.jpg
266T-TP-3409274_0000012_1A0000011_0000012.jpg

266T-TP-3409274_0000012_1A0000012_0000001.mp4
266T-TP-3409274_0000012_1A0000011_0000013.jpg
266T-TP-3409274_0000014.pdf
266T-TP-3409274_0000014_1A0000013_0000001.JPG
266T-TP-3409274_0000014_1A0000013_0000002.JPG
266T-TP-3409274_0000014_1A0000013_0000003.JPG
266T-TP-3409274_0000014_1A0000013_0000004.JPG
266T-TP-3409274_0000014_1A0000013_0000005.JPG
266T-TP-3409274_0000015.pdf
266T-TP-3409274_0000015_Import.pdf
266T-TP-3409274_0000018.pdf
266T-TP-3409274_0000018_1A0000014_0000001.jpg
266T-TP-3409274_0000018_1A0000014_0000002.png
266T-TP-3409274_0000021.pdf
266T-TP-3409274_0000021_1A0000016_0000001.mov
266T-TP-3409274_0000022.pdf
266T-TP-3409274_0000022_1A0000017_0000001.pdf
266T-TP-3409274_0000022_1A0000017_0000002.pdf
266T-TP-3409274_0000023.pdf
266T-TP-3409274_0000023_1A0000018_0000001.png
266T-TP-3409274_0000023_1A0000018_0000002.png
266T-TP-3409274_0000023_1A0000018_0000004.mov
266T-TP-3409274_0000023_1A0000018_0000005.jpg
266T-TP-3409274_0000025.pdf
266T-TP-3409274_0000026.pdf
266T-TP-3409274_0000026_1A0000021_0000001.pdf
266T-TP-3409274_0000026_1A0000021_0000003.pdf
266T-TP-3409274_0000027.pdf
266T-TP-3409274_0000027_1A0000022_0000001.msg
266T-TP-3409274_0000028.pdf
266T-TP-3409274_0000028_1A0000012_0000001_PHYSICAL.pdf
266T-TP-3409274_0000028_1A0000013_0000001.docx
266T-TP-3409274_0000029.pdf
266T-TP-3409274_0000029_1A0000025_0000002.jpg
266T-TP-3409274_0000031.pdf
266T-TP-3409274_0000031_1A0000028_0000001.pdf
266T-TP-3409274_0000031_1A0000028_0000002.pdf
266T-TP-3409274_0000032.pdf
266T-TP-3409274_0000032_Import.rtf
266T-TP-3409274_0000032_1A0000029_0000001.pdf
266T-TP-3409274_0000032_1A0000029_0000002.pdf
266T-TP-3409274_0000033.pdf
266T-TP-3409274_0000033_1A0000030_0000001.jpg
266T-TP-3409274_0000033_1A0000030_0000002.jpg

266T-TP-3409274_0000034.pdf
266T-TP-3409274_0000035.pdf
266T-TP-3409274_0000035_1A0000032_0000001_PHYSICAL.pdf
266T-TP-3409274_0000036.pdf
266T-TP-3409274_0000036_1A0000033_0000001.pdf
266T-TP-3409274_0000037.pdf
266T-TP-3409274_0000038.pdf
266T-TP-3409274_0000039.pdf
266T-TP-3409274_0000039_1A0000034_0000001_PHYSICAL.pdf
266T-TP-3409274_0000040.pdf
266T-TP-3409274_0000040_1A0000035_0000001.pdf
266T-TP-3409274_0000040_1A0000035_0000002.pdf
266T-TP-3409274_0000040_1A0000035_0000004.pdf
266T-TP-3409274_0000040_1A0000035_0000005.pdf
266T-TP-3409274_0000040_1A0000035_0000006.pdf
266T-TP-3409274_0000040_1A0000035_0000007_PHYSICAL.pdf
266T-TP-3409274_0000041.pdf
266T-TP-3409274_0000041_1A0000036_0000001.pdf
266T-TP-3409274_0000042.pdf
266T-TP-3409274_0000042_1A0000037_0000001.pdf
266T-TP-3409274_0000043.pdf
266T-TP-3409274_0000043_1A0000038_0000001.pdf
266T-TP-3409274_0000044.pdf
266T-TP-3409274_0000044_1A0000039_0000001.pdf
266T-TP-3409274_0000044_1A0000040_0000001.pdf
266T-TP-3409274_0000045.pdf
266T-TP-3409274_0000046.pdf
266T-TP-3409274_0000047.pdf
266T-TP-3409274_0000047_Import.pdf
266T-TP-3409274_0000048.pdf
266T-TP-3409274_0000048_1A0000041_0000001.pdf
266T-TP-3409274_0000048_1A0000041_0000002.pdf
266T-TP-3409274_0000048_1A0000041_0000003.pdf
266T-TP-3409274_0000050.pdf
266T-TP-3409274_0000050_1A0000043_0000001.pdf
266T-TP-3409274_0000050_1A0000043_0000002.pdf
266T-TP-3409274_0000050_1A0000043_0000003.pdf
266T-TP-3409274_0000051.pdf
266T-TP-3409274_0000051_1A0000044_0000001.pdf
266T-TP-3409274_0000053.pdf
266T-TP-3409274_0000054.pdf
266T-TP-3409274_0000058.pdf
266T-TP-3409274_0000059.pdf
266T-TP-3409274_0000059_1A0000048_0000001.pdf

266T-TP-3409274_0000060.pdf
266T-TP-3409274_0000060_1A0000049_0000001.jpg
266T-TP-3409274_0000060_1A0000049_0000002.jpg
266T-TP-3409274_0000060_1A0000049_0000003.jpg
266T-TP-3409274_0000060_1A0000050_0000001.pdf
266T-TP-3409274_0000060_1A0000050_0000002.pdf
266T-TP-3409274_0000060_1A0000050_0000003.pdf
266T-TP-3409274_0000060_1A0000050_0000004.pdf
266T-TP-3409274_0000060_1A0000050_0000005.pdf
266T-TP-3409274_0000060_1A0000050_0000006.pdf
266T-TP-3409274-GJ_0000001.pdf
266T-TP-3409274-GJ_0000002_1A0000001_0000001.pdf
266T-TP-3409274-GJ_0000002_1A0000001_0000002.pdf
266T-TP-3409274-GJ_0000002_1A0000001_0000003.pdf
266T-TP-3409274-GJ_0000002_1A0000001_0000004.pdf
266T-TP-3409274-GJ_0000002_1A0000001_0000005.pdf
266T-TP-3409274-GJ_0000002_1A0000001_0000006.txt
266T-TP-3409274-GJ_0000002_1A0000001_0000007.txt
266T-TP-3409274-GJ_0000002_1A0000001_0000008.TIF
266T-TP-3409274-GJ_0000002_1A0000001_0000009.txt
266T-TP-3409274-GJ_0000002_1A0000001_0000011.txt
266T-TP-3409274-GJ_0000002_1A0000001_0000012.txt
266T-TP-3409274-GJ_0000002_1A0000001_0000013.txt
266T-TP-3409274-GJ_0000002_1A0000001_0000014.txt
266T-TP-3409274-GJ_0000002_1A0000001_0000015.txt
266T-TP-3409274-GJ_0000002_1A0000001_0000016.pdf
266T-TP-3409274-GJ_0000002_1A0000001_0000017.pdf
266T-TP-3409274-GJ_0000002_1A0000001_0000018.pdf
266T-TP-3409274-GJ_0000002_1A0000001_0000019.txt
266T-TP-3409274-GJ_0000002_1A0000001_0000020.pdf
266T-TP-3409274-GJ_0000002_1A0000001_0000021.pdf
266T-TP-3409274-GJ_0000003_1A0000002_0000001.txt
266T-TP-3409274-GJ_0000003_1A0000002_0000002.txt
266T-TP-3409274-GJ_0000003_1A0000002_0000003.pdf
266T-TP-3409274-GJ_0000003_1A0000002_0000004.txt
266T-TP-3409274-GJ_0000003_1A0000002_0000005.html
266T-TP-3409274-GJ_0000004_1A0000003_0000001.xlsx
266T-TP-3409274-GJ_0000004_1A0000003_0000002.pdf
266T-TP-3409274-GJ_0000005_1A0000004_0000002.pdf
266T-TP-3409274-GJ_0000006_1A0000005_0000001.xlsx
266T-TP-3409274-GJ_0000007_1A0000006_0000001.pdf
266T-TP-3409274-GJ_0000009_1A0000007_0000002.pdf
266T-TP-3409274-GJ_0000009_1A0000007_0000003.pdf
266T-TP-3409274-GJ_0000009_1A0000007_0000004.pdf

266T-TP-3409274-GJ_0000010_1A0000008_0000001.pdf
266T-TP-3409274-GJ_0000012_1A0000011_0000001.pdf
266T-TP-3409274-GJ_0000012_1A0000010_0000002.pdf
266T-TP-3409274-GJ_0000012_1A0000012_0000002.pdf
266T-TP-3409274-GJ_0000013_1A0000013_0000006.pdf