IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *  Case No. 21-cr-378-TJK |
| EDWARD GEORGE, JR. | * |
| | * |
| Defendant. | * |

## STATUS REPORT

The Defendant, Edward George, Jr., by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., hereby submits this Status Report.

1.  On October 18, 2023, the Court held a Zoom status conference in this matter. The undersigned counsel was present on video, but Mr. George was not present. The undersigned counsel waived Mr. George's appearance for the purpose of the status conference, at which the Court set dates for further proceedings. (Scheduling Order, ECF No. 150.) The Court directed the undersigned counsel to provide a status report after conferring with Mr. George.

2.  The undersigned counsel apologizes to the Court. The undersigned counsel inadvertently failed to contact Mr. George to remind him of the time of the status conference. The undersigned counsel has since spoken with Mr. George. Mr. George was away from his cell phone when the undersigned counsel called him yesterday in advance of the status conference. Mr. George is aware of the January 24, 2024 virtual status conference and will be present. As reflected in the Pretrial

Compliance Report (ECF No. 146), Mr. George remains compliant with his conditions of release.

Respectfully submitted,

/s/

_____

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____

Michael E. Lawlor