## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**      \*

      **vs.**                  \* **Case No.: 21-cr-00378 TJK**

**EDWARD ANTHONY GEORGE, JR.**    \*

      **Defendant**           \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

COMES NOW, the Defendant, Edward Anthony George, Jr., by and through counsel, Michael E. Lawlor, Esq., and Nicholas G. Madiou, Esq., and Brennan, McKenna & Lawlor, Chtd., and hereby respectfully files this Motion to withdraw as counsel for Mr. George. In support of this Motion, counsel states the following.

1.      Undersigned counsel entered their appearance into this matter on August 4, 2021.

2.      Undersigned counsel request to withdraw their appearance because new counsel George T. Pallas, Esq. has entered his appearance as counsel for the defendant.  Mr. Pallas noted his appearance on behalf of Mr. George on February 16, 2024, *see* ECF docket number 158.

3.      For this reason, undersigned counsel respectfully asks this Court to permit undersigned counsel to withdraw from the representation of Mr.

George.

WHEREFORE, for the reasons stated, undersigned counsel respectfully asks this Honorable Court to grant this Motion, and strike the appearance of Michael E. Lawlor, Esq. and Nicholas G. Madiou, Esq. as counsel for Mr. George.

Respectfully submitted,

/s/
_____
Michael E. Lawlor, Esq.
Nicholas G. Madiou, Esq.
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor, Esq.